UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LIN ZHI WEN,<br><br>             Petitioner,<br>v.<br><br>ATTORNEY GENERAL OF THE US OF AMERICA, et al.,<br><br>             Respondents. | Case No. 2:17-cv-00410-RFB-NJK<br><br>ORDER |

Petitioner Lin Zhi Wen has filed a *pro se* habeas corpus petition under 28 U.S.C. § 2241, in which he challenges his continued detention beyond the removal period (ECF No. 1-1). His application to proceed *in forma pauperis* (ECF No. 1) shall be granted. This court has conducted a preliminary review of the petition.

**IT IS THEREFORE ORDERED** that petitioner's application to proceed *in forma pauperis* (ECF No. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk **SHALL FILE AND SERVE** copies of the petition (ECF No. 1-1) and this order upon respondents as follows:

1. By having the United States Marshal, on or before the close of business on the date that this order is entered, serve a copy of the petition (ECF No. 1-1) and this order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure.

1

2. By sending a copy of the petition (ECF No. 1-1) and this order by registered or certified mail to the following: (1) the Honorable Jeff Sessions, Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530; (2) the Honorable John F. Kelly, Secretary of the U.S. Department of Homeland Security, Washington, DC 20528; (3) the Office of the Attorney General of the State of Nevada, Criminal Division, 100 North Carson St., Carson City, NV 89701; (4) the Officer in Charge of the Department of Homeland Security, United States Customs and Immigration Services (USCIS Local), 5650 West Badura Avenue, Suite 100, Las Vegas, NV 89118; and (5) ICE Field Office Director, Detention and Removal, 5650 West Badura Avenue, Suite 100, Las Vegas, NV 89118.

**IT IS FURTHER ORDERED** that respondents **SHALL FILE AND SERVE** an answer or other response to the petition (ECF No. 1-1) within **twenty (20) days** of the date that this order is entered, unless for good cause additional time is allowed.

**IT IS FURTHER ORDERED** that all exhibits filed by respondents and petitioner herein **SHALL BE FILED** with a separate index of exhibits identifying the exhibits by number or letter. The CM/ECF attachments that are filed further shall be identified by the number or numbers (or letter or letters) of the exhibits in the attachment. A hard copy (courtesy copy) of all pleadings and exhibits SHALL BE FORWARDED on the date of filing to the staff attorneys, in care of the Office of the Clerk of Court, United States District Court, 400 South Virginia St., Reno, NV 89501.

DATED: 25 October 2017.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE