UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LIN ZHI WEN,<br><br>　　　　Petitioner,<br>　v.<br>ATTORNEY GENERAL OF THE US OF AMERICA, et al.,<br><br>　　　　Respondents. | Case No. 2:17-cv-00410-RFB-NJK<br><br>ORDER |

Petitioner Lin Zhi Wen filed a *pro se* habeas corpus petition under 28 U.S.C. § 2241 challenging his continued detention beyond the removal period (ECF No. 5). On October 25, 2017, the court directed respondents to file a response to the petition (ECF No. 4).

In their response, respondents indicate that Wen has been released from detention on supervised release (ECF No. 11). Accordingly, they argue that the petition is moot. Respondents attach the declaration of assistant chief counsel for the U.S. Immigration and Customs Enforcement Agency ("ICE") in Las Vegas, Nevada, who attests that Wen was released from detention on supervised release on July 11, 2017 (ECF No. 11-1). Counsel also states that Wen has been reporting to ICE as directed, last appearing on November 14, 2017.

As Wen is on supervised release, his habeas petition shall be dismissed as moot.

**IT IS THEREFORE ORDERED** that the petition is **DISMISSED** as moot.

1

1 **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

2 **IT IS FURTHER ORDERED** that respondents' motion for extension of time to respond to the petition (ECF No. 10) is **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: 22 November 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE